IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-01923-WDM-CBS

SAM GELFAND,

    Plaintiff,

v.

CHERRY CREEK SCHOOL DISTRICT,
SHEILA GRAHAM,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    **IT IS HEREBY ORDERED** that the Unopposed Motion to Modify Case Management Deadlines Set by the January 17, 2008 Scheduling Order [filed August 22, 2008; doc. 30] is **GRANTED**. The discovery cutoff is extended to **September 29, 2008**, and the dispositive motion deadline is extended to **October 30, 2008**.

    **IT IS FURTHER ORDERED** that the Final Pretrial Conference set for February 3, 2009 is **vacated and reset for March 3, 2009 at 9:15 a.m.** A proposed final pretrial order is due five (5) days prior to the conference.

**DATED:**    August 26, 2008