IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 07-cv-01923-CMA-CBS

SAM GELFAND,

    Plaintiff,

v.

CHERRY CREEK SCHOOL DISTRICT, a corporate entity, and
SHEILA GRAHAM, in her individual and official capacity,

    Defendants.

## ORDER SETTING CASE FOR TRIAL

The above-captioned matter has been scheduled for a **five-day jury trial** on the docket of Judge Christine M. Arguello in the U.S. District Courthouse, Courtroom A602, 6th Floor, 901 19th Street, Denver, Colorado, to commence on **Monday, July 6, 2009 at 1:30 p.m.**

A Final Trial Preparation Conference is set for **Friday, June 12, 2009 at 9:00 a.m.** The parties are expected to be fully prepared for trial at that time. **Lead counsel who will try the case shall attend in person, unless a written motion for alternative appearance is granted by the Court .**

These proceedings are subject to the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Local Rules of Practice for the United States District Court for the District of Colorado and **the Combined Practice Standards for this**

**courtroom**, a copy of which can be downloaded from the Court's website at

www.cod.uscourts.gov, under "Judicial Officers' Procedures."

DATED: March   3  , 2009

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge