**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 07-cv-01923-CMA-CBS

SAM GELFAND,

    Plaintiff,

v.

CHERRY CREEK SCHOOL DISTRICT, a corporate entity, and
SHEILA GRAHAM, in her individual and official capacity,

    Defendants.

---

**ORDER REQUESTING DOCUMENTS**

---

The Court, in considering Defendants' outstanding motion for summary judgment, requests, *sua sponte*, that the Defendants submit the following documents, both of which are referenced in the pleadings, to the Court by no later than May 15, 2009:

1) Transcription of the April 20, 2006 phone call from Plaintiff to the Greenwood Village Police Department. This document is identified as "Exhibit A" in Plaintiff's deposition (Doc. # 38, Exhibit 2), p. 236, ll. 11-14.

2) Job description of Cherry Creek School District ("CCSD") Para-educator in effect during the dates of Plaintiff's employment with CCSD. This document is identified as "Exhibit # 1" in Graham's deposition (Doc # 38, Exhibit 3), p. 90, ll. 13-22.

DATED:  May   8  , 2009

                                          BY THE COURT:

                                          _____
                                          CHRISTINE M. ARGUELLO
                                          United States District Judge