**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 07-cv-01923-CMA-CBS

SAM GELFAND,

    Plaintiff,

v.

CHERRY CREEK SCHOOL DISTRICT, a corporate entity,
SHEILA GRAHAM, in her individual and official capacity,

    Defendants.

---

**ORDER GRANTING STIPULATION REGARDING COSTS AND APPEAL RIGHTS**

---

This matter is before the Court on the parties' Stipulation Regarding Costs and Appeal Rights (Doc. # 60).  The Court, being fully advised in the premises, hereby

ORDERS that Defendants shall waive any and all rights they have to recover costs in this matter pursuant to C.R.Civ.P. 54(d); and

ORDERS that Plaintiff shall waive any and all appeal rights, including those set forth in the Federal Rules of Appellate Procedure, including but not limited to, Federal Rule of Appellate Procedure 3.

DATED:  July   22  , 2009

                        BY THE COURT:

                        _____
                        CHRISTINE M. ARGUELLO
                        United States District Judge